STATE OF CONNECTICUT *v.* MICHAEL CARTER

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 632 (AC 16559), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, assistant public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided March 17, 1998

JOHN DENBY *v.* COMMISSIONER OF CORRECTION

The petitioner John Denby's petition for certification for appeal from the Appellate Court, 47 Conn. App. 931 (AC 16721), is denied.

*Louis S. Avitabile*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided March 17, 1998